THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Keesha A. and Jules
 S. Defendants,
 Of Whom Jules S.
 is the Appellant.
 
 In the interests of M.A., M.A., and N.A., three minor children
 under the age of 18.
 
 

Appeal From Richland County
 Richard W. Chewning, III, Family Court
Judge

Unpublished Opinion No. 2008-UP-603
 Submitted October 1, 2008  Filed November
3, 2008

AFFIRMED

 
 
 
 Lawrence S.
 Kerr, of Columbia, for Appellant.
 Cherolyn R. Allen, of Columbia, for Respondent.
 
 
 

PER CURIAM: Jules
 S. appeals from the family courts order
 terminating his parental rights to his three minor children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).  Upon a thorough review
 of the record and the family courts findings of fact and conclusions of law,
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 courts ruling and relieve counsel. 
AFFIRMED.[1] 
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.